IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:25-MJ-299 |
| ) | |
| MONTRELL ANTWAN MCDONALD, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Natalee Walker, of the Pentagon Force Protection Agency ("PFPA"), being first duly sworn, state the following:

1. I have been a Police Officer for the Pentagon Force Protection Agency first sworn since March 17, 2020.

2. I am a graduate of the Uniformed Police Training Program at the Law Enforcement Training Center in Glynco, Georgia. My duties include ensuring building security; conducting mobile patrols, traffic stops, and field interviews; and performing other law enforcement and security-related functions at the Pentagon and other facilities owned, leased, occupied, or otherwise controlled by the Department of Defense.

3. This affidavit is submitted in support of a criminal complaint following the arrest of **Montrell Antwan McDonald**, with criminal trespass at the Pentagon, in violation of 32 C.F.R. § 234.4, which prohibits entering or remaining on the Pentagon without proper authorization, as well as reentering the Pentagon after having been ordered not to reenter.

4. The facts and information contained in this affidavit are based upon my personal

1

knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, and it is not intended to include each, and every fact and matter observed by me or known to the government.

5. On Thursday, May 15, 2025, at approximately 8:30 a.m., I was conducting mobile patrol along South Rotary Road and Eads Street within the Pentagon Reservation, located in Arlington County, Virginia, within the Eastern District of Virginia and within the special and territorial jurisdiction of the United States. I observed an individual known from previous encounters to PFPA as **Montrell Antwan McDonald** leaning against an electrical box at the intersection of Eads Street and South Rotary Road on the Pentagon Reservation.

6. I am familiar with **McDonald** from prior encounters at the Pentagon. For example, on October 11, 2024, **McDonald** was arrested at the Pentagon by PFPA officers for disorderly conduct, in violation of 32 CFR 234.7(e), and interfering with an agency function in violation of 32 CFR 234.6(b). During that encounter, a courtesy violation notice was issued as well for trespassing, and PFPA advised **McDonald** not to reenter the Pentagon Reservation.

7. Also, on October 31, 2024, PFPA officers again encountered **McDonald** on the Pentagon Reservation. PFPA officers advised him that he could not return to the Pentagon or he would be arrested for trespass.

8. Then, on April 5, 2025, PFPA yet again encountered **McDonald** on the Pentagon Reservation and asked him to leave, which he did voluntarily.

9. Finally, on April 23, 2025, PFPA officers encountered **McDonald** during a welfare check of an individual matching his description on Boundary Channel Drive adjacent to the Pentagon

flag poles, located on the Pentagon Reservation. PFPA officers again advised **McDonald** to not reenter the Pentagon Reservation.

10. Based on the foregoing, I submit there is probable cause to believe that on May 15, 2025, within the Eastern District of Virginia, **Montrell Antwan McDonald** reentered the Pentagon Reservation after being ordered not to reenter without authorization, in violation of 32 C.F.R. § 234.4.

Officer Natalee Walker
Police Officer
Pentagon Force Protection Agency

Subscribed and sworn to via telephone this 15th day of May 2025.

Honorable William B. Porter
United States Magistrate Judge
Alexandria, Virginia