AO 442 (Rev. 11/11) Arrest Warrant

1175842L

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MONTRELL A. MCDONALD | ) | Case No. 1:24-PO-2266 and 1:25-MJ-299 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

UNITED STATES MARSHAL
2025 JUL 30 15:30

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Montrell A. McDonald ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Defendant failed to appear on the trial date.

Date: 07/29/2025

/s/
**William B. Porter**
**United States Magistrate Judge**
*Issuing officer's signature*

City and state:  Alexandria, VA

The Hon. William B. Porter, U. S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7·29·25 , and the person was arrested on *(date)* 9·23·25
at *(city and state)* Alexandria, VA .

Date: 9·23·25

*Arresting officer's signature*

Jason Winston
*Printed name and title*

# United States District Court
## Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| BV-78 | 9698822 | Walker | 123904 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code | Place of Offense |
|---|---|---|
| 10/11/2024 04:32 | 32 CFR 234.1.(b) | South Secure/Corridor |

Offense Description: Factual Basis for Charge
Interfering with agency functions

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone |
|---|---|---|---|
| McDonald | Montrell | A | |

Street Address: 501 Woodspring Dr.
City: Hope Mills  State: NC  Zip Code: 28348

| Drivers License No. | D.L. State | Date of Birth | Sex | CDL |
|---|---|---|---|---|
| 000058228919 | NC | 05/24/1991 | Male | |

Social Security No.: 239 71 6942
Hair: Blk  Eyes: Brn  Height: 508  Weight: 130

### VEHICLE VIN:
Tag No. | State | Year | Make/Model | PASS | Color

### A ☒ APPEARANCE IS REQUIRED
If Box A is checked, you must appear in court. See instructions.

### B ☐ APPEARANCE IS OPTIONAL
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ Forfeiture Amount
+$30 Processing Fee
$ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: United States District Court, 401 Courthouse Square, Alexandria, VA 22314, 703-299-2100

Date: 12/5/24  Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Refusal

Original - CVB Copy

CVB SCAN 10/22/2024 12:21

*9698822*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **October 11, 2024** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

While observing at approximately 0419 hours, I, Officer Walker (me), responded to Corridor 2 Pedestrian bridge located between Pentagon Observation for an individual yelling and exhibiting and interfering with building utilities as they entered the building. I identified the individual as Montrell McDonald by name and date of birth. McDonald has previous contact with Pentagon police dating back to January 2024, exhibiting signs of mental health illness. I advised McDonald that he would have to leave because he didn't have access to the building and he is actively displaying erratic employees to comply. I told officers had to pull him order in the building. McDonald had a lawful order to leave again and he stated that even if he was arrested he would continue to come back to the Pentagon until he left in by any means. McDonald continued to refuse to leave and was placed under arrest.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/11/2024   Officer's Signature: N. Wa[...]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/22/2024 12:21